Decided January 3, 2005

### CHARLES CAREY *v.* COMMISSIONER OF CORRECTION

The petitioner Charles Carey's petition for certification for appeal from the Appellate Court, 86 Conn. App. 180 (AC 24655), is denied.

*Kirstin B. Coffin,* special public defender, in support of the petition.

*Margaret Gaffney Radionovas,* senior assistant state's attorney, in opposition.

Decided January 3, 2005

### RADHA R.M. NARUMANCHI *v.* EDWARD HARRIS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 25573) is denied.

KATZ and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Radha R.M. Narumanchi,* pro se, in support of the petition.

*Jane B. Emons,* assistant attorney general, in opposition.

Decided January 3, 2005